**Ralph JOHNSON, Petitioner—
Appellant,**

v.

**Kuma J. DEBOO, Warden,
Respondent—Appellee.**

No. 09–8162.

United States Court of Appeals,
Fourth Circuit.

Submitted: June 17, 2010.

Decided: June 24, 2010.

Ralph Johnson, Appellant Pro Se. Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ralph Johnson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp.2010) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Johnson v. Deboo,* No. 5:08–cv–00184–FPS–JSK, 2009 WL 3583695 (N.D.W.Va. Oct. 26, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*